**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAMON TABOR,** )<br>112 St. Marks Avenue, #3B )<br>Brooklyn, NY 11217 )<br> )<br> **Plaintiff,** )<br> )<br> **v.** )<br> )<br>**U.S. DEPARTMENT OF STATE,** )<br>The Executive Office, )<br>Office of the Legal Adviser )<br>600 19th Street NW, Suite 5.600 )<br>Washington, DC 20522 )<br> )<br> **Defendant.** ) | Case No. 18-cv-1879 |

## COMPLAINT

1. Plaintiff DAMON TABOR files this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF STATE to produce records concerning deceased U.S. Department of State employee Jerrold Barker Daniels.

## PARTIES

2. Plaintiff DAMON TABOR is a member of the media and makes the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF STATE is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**DEFENDANT'S FOIA VIOLATION**

6. On May 7, 2018, Plaintiff requested from STATE, all agency records, personnel records, and any other records generated, modified, or acquired by the State Department's main headquarters office in Washington D.C., concerning or relating to the following: (1) "Records concerning the death of U.S. Department of State employee Jerrold Barker Daniels, aka Jerry B. Daniels, aka Jerry Daniels between the time period of May 1, 1982 – December 31, 1982"; (2) "Personnel records concerning U.S. Department of State employee Jerrold Barker Daniels, aka Jerry B. Daniels, aka Jerry Daniels between the time period of January 1, 1976 – May 1, 1982"; and (3) "General agency records concerning U.S. Department of State employee Jerrold Barker Daniels, aka Jerry B. Daniels, aka Jerry Daniels between the time period of January 1, 1976 – May 1, 1982."  A true and correct copy of the request is attached as Exhibit A.

7. In violation of FOIA, STATE has not issued a proper determination.  Rather, on July 16, 2018, well after the twenty-day deadline to issue a proper determination, STATE sent a letter to Plaintiff simply stating that it was still processing the request. Exhibit B.

**COUNT I – VIOLATION OF FOIA**

8. The above paragraphs are incorporated herein.

9. Defendant STATE is any agency subject to FOIA.

10. Plaintiff made a FOIA request to Defendant for agency records of Defendant.

11. One or more of the requested records are not exempt from disclosure.

12. Defendant has failed to produce the requested records.

**WHEREFORE,** Plaintiff asks the Court to:

    i. Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records;

    ii. Award Plaintiffs attorney fees and costs; and

- 3 -

    iii.    Enter any other relief the Court deems appropriate.

DATED: August 10, 2018

                                          Respectfully Submitted,

                                          /s/ Matthew Topic

                                          Attorneys for Plaintiff

                                          Matthew Topic, Bar No. IL0037
                                          Joshua Hart Burday, Bar No. IL0042
                                          (E-Mail:  foia@loevy.com)
                                          LOEVY & LOEVY
                                          311 N. Aberdeen, Third Floor
                                          Chicago, Illinois 60607
                                          Tel.: (312) 243-5900
                                          Fax: (312) 243-5902